# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MARGO CLARK, *individually and on behalf of all others similarly situated*, | : : : : |
| Plaintiff, | : Case No.: 1:22-CV-01591-JLA |
| v. | : : |
| BLUE DIAMOND GROWERS, | : : |
| Defendant. | : |

## NOTICE OF DEFENDANT BLUE DIAMOND GROWERS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY IN FURTHER SUPPORT OF ITS MOTION TO DISMISS

PLEASE TAKE NOTICE that, on Thursday, March 30, 2023, at 9:30 a.m., defendant Blue Diamond Growers ("BDG") shall appear before the Honorable Jorge L. Alonso in Courtroom 1903, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, for the purpose of presenting BDG's motion for leave to file supplemental authority in further support of its motion to dismiss, which is being filed concurrently.

Dated: March 27, 2023

Colleen Carey Gulliver*
Rachael C. Kessler*
Jason E. Kornmehl*
1251 Avenue of the Americas
New York, NY 10020-1104
T: (212) 335-4500
E: colleen.gulliver@us.dlapiper.com
E: rachael.kessler@us.dlapiper.com
E: jason.kornmehl@us.dlapiper.com

\* Admission *pro hac vice*

**DLA Piper LLP (US)**

 */s/ Yan Grinblat*
Yan Grinblat
444 West Lake Street, Suite 900
Chicago, IL 60606-0089
T: (312) 368-4000
E: yan.grinblat@us.dlapiper.com

*Counsel for Defendant Blue Diamond Growers*

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on March 27, 2023, I electronically filed the foregoing document using the ECF System for the United States District Court for the Northern District of Illinois. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record registered on the ECF system.

             */s/ Yan Grinblat*
             Yan Grinblat
             444 West Lake Street, Suite 900
             Chicago, IL 60606-0089
             T: (312) 368-4000
             E: yan.grinblat@us.dlapiper.com