

DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Colleen M. Carey Gulliver
colleen.gulliver@us.dlapiper.com
T 212.335.4737
F 917.778.8037

October 1, 2024

The Honorable Jorge L. Alonso
United States District Court for the Northern District of Illinois
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

      Re:  *Clark v. Blue Diamond Growers*, No 1:22-cv-1591 (N.D. Ill.) – Rescheduling of Clark Deposition

Dear Judge Alonso:

      We represent defendant Blue Diamond Growers ("BDG") in the above captioned action and write to update the Court on a change to the scheduled date for the deposition of named plaintiff Margo Clark ("Plaintiff"). On September 4, 2024, the parties submitted a joint status report informing the Court that Plaintiff's deposition was scheduled for October 3, 2024, and proposing deadlines for expert discovery and non-discovery motion practice. (*See* ECF No. 81 at 1-2.) On September 6, 2024, Judge Jantz adopted the proposed expert deadlines and ordered the parties to file a joint status report on November 7, 2024 to confirm the completion of Plaintiff's deposition. (*See* ECF No. 82.)

      On September 24, 2024, Judge Jantz struck the deadline for the parties' November 7 joint status report and ordered referral "closed" because of the completion of "[a]ll fact discovery . . . other than the plaintiff's deposition scheduled for 10/3/24, and an expert discovery schedule now in place." (ECF No. 84.) Two days later, on September 26, 2024, Plaintiff's counsel notified BDG that the parties' agreed-upon October 3, 2024 deposition date fell during the Jewish holiday of Rosh Hashanah and requested that Plaintiff's deposition be rescheduled. BDG consented, and the deposition has been rescheduled for November 7, 2024. The rescheduled deposition date will not affect the expert discovery deadlines.

      Respectfully,

      Colleen Carey Gulliver

cc: Counsel of Record