# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MARGO CLARK, individually and on behalf of all others similarly situated | No. 1:22-cv-01591 |
| Plaintiff | Hon. Jorge L. Alonso |
| v. | |
| BLUE DIAMOND GROWERS, | |
| Defendant. | |

## NOTICE OF MOTION

TO:  Counsel of Record

PLEASE TAKE NOTICE that, on Tuesday, February 4, 2025, at 9:30 a.m., plaintiff Margo Clark and defendant Blue Diamond Growers, through their undersigned counsel, shall appear telephonically before the Honorable Jorge L. Alonso in Courtroom 1903, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and present their Joint Motion to Extend the Expert Discovery Deadline.

| | |
|---|---|
| Dated: January 30, 2025 | Respectfully Submitted: |
| /s/ *Spencer Sheehan* | */s/ Yan Grinblat* |
| Spencer Sheehan | Yan Grinblat |
| **Sheehan & Associates, P.C.** | **DLA Piper LLP (US)** |
| 60 Cuttermill Road, Suite 412 | 444 West Lake Street, Suite 900 |
| Great Neck, New York 11021 | Chicago, Illinois 60606-0089 |
| 516-268-7080 | 312-368-4000 |
| spencer@spencersheehan.com | yan.grinblat@us.dlapiper.com |
| | |
| *Counsel for Plaintiff Margo Clark* | Colleen Carey Gulliver* |
| | Jason E. Kornmehl* |
| | **DLA Piper LLP (US)** |
| | 1251 Avenue of the Americas |
| | New York, New York 10020-1104 |
| | 212-335-4500 |
| | colleen.gulliver@us.dlapiper.com |
| | jason.kornmehl@us.dlapiper.com |
| | |
| | * Admitted *pro hac vice* |
| | |
| | *Counsel for Defendant* |
| | *Blue Diamond Growers* |

**CERTIFICATE OF SERVICE**

      I hereby certify that, on January 30, 2025, I electronically filed the foregoing document using the ECF System for the United States District Court for the Northern District of Illinois. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record in this matter registered on the ECF system.

      */s/ Yan Grinblat*
      Yan Grinblat
      444 W. Lake Street, Suite 900
      Chicago, IL 60606-0089
      312-368-4000
      yan.grinblat@dlapiper.com